■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLLIE LOYNES, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Broadus* (129 AD2d 997 [decided herewith]). (Appeal from judgment of Erie County Court, Forma, J.—sodomy, first degree, and other offenses.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS A. LOWDER, Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting defendant of murder in the second degree and criminal possession of a weapon in the second degree, defendant raises several claims and only one deserves comment. The court mistakenly included in its charge a reference to defendant's attempt to induce his girlfriend, the chief prosecution witness, to leave the jurisdiction. Given the overwhelming evidence of defendant's guilt, the minor error in the court's charge was harmless *(see, People v Crimmins,* 36 NY2d 230, 242). (Appeal from judgment of Supreme Court, Erie County, Francis, J.— murder, second degree, and another offense.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.